

United States Department of State

Washington, D.C. 20520

May 26, 2017

Chad A. Readler
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington D.C. 20530

      Re:    *Savang et al. v. Lao People's Democratic Republic et al.* (E.D. Cal. 2:16-cv-2037)

Dear Mr. Readler:

    The above-referenced suit names as defendants, among others, Bounnhang Vorachith and Thongloun Sisolith, who are respectively the current President and Prime Minister of the Lao People's Democratic Republic (Lao PDR). In light of President Bounnhang's current status as the Head of State of the Lao PDR and Prime Minister Thongloun's current status as Head of Government of the Lao PDR, the Lao PDR has asked the Department of State to take the steps necessary to have this action dismissed as against these officials on the basis of their immunity from jurisdiction as a sitting head of state and a sitting head of government, respectively.

    The Department of State recognizes and allows the immunity of President Bounnhang as a sitting head of state and Prime Minister Thongloun as a sitting head of government from the jurisdiction of the United States District Court in this suit. Under common law principles of immunity articulated by the Executive Branch in the exercise of its Constitutional authority over foreign affairs and informed by customary international law, President Bounnhang, as the sitting head of state of a foreign state, and Prime Minister Thongloun, as a sitting head of a foreign government, are immune while in office from the jurisdiction of the United States District Court in this suit.

    I would emphasize the particular importance of obtaining the prompt dismissal of the proceedings as against President Bounnhang and Prime Minister Thongloun in view of the significant foreign policy implications. Accordingly, the Department of State requests that the Department of Justice submit a suggestion of immunity to the district court at the earliest opportunity.

                                                    Sincerely,

                                                    Richard C. Visek
                                                    Acting Legal Adviser