UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAURYVONG SAVANG, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LAO PEOPLE'S DEMOCRATIC REPUBLIC, et al.,<br><br>        Defendants. | Case No. 16-cv-02037-VC<br><br>**ORDER RE REQUEST TO SET ASIDE ENTRY OF DEFAULT**<br><br>Re: Dkt. Nos. 38, 39 |

The Court will consider the federal government's request to set aside the clerk's entry of default along with any motions from the plaintiffs, which are due 30 days after the entry of default – that is, on May 27, 2018 – as discussed at the case management conference on January 23, 2018.

**IT IS SO ORDERED.**

Dated: May 21, 2018

VINCE CHHABRIA
United States District Judge