UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAURYVONG SAVANG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAO PEOPLE'S DEMOCRATIC REPUBLIC, et al., <br><br> Defendants. | Case No. 16-cv-02037-VC <br><br> **JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendants and against the plaintiffs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 20, 2018

VINCE CHHABRIA
United States District Judge